Per Curiam.
In this Anders[1] appeal, we affirm the finding of guilt, the withholding of adjudication of delinquency, and the placement of the child on probation, but remand for the trial court to correct the delinquency disposition order to reflect all of the required information. See Fla. R. Juv. P. 8.115(d); T.H.C. v. State, 186 So.3d 597 (Fla. 4th DCA 2016); T.J. v. State, 174 So.3d 1070 (Fla. 4th DCA 2015); A.M.R. v. State, 134 So.3d 502, 503 (Fla. 4th DCA 2014); D.B. v. State, 114 So.3d 1121 (Fla. 2d DCA 2013).

Affirmed, but remanded.

Ciklin, C.J., Gross and Klingensmith, JJ., concur.

. Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).